AUSA: ATW

County: Chelan

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2025

SEAN F. McAVOY, CLERK

*In re Affidavit in Support of Criminal Complaint as to **HECTOR SAUL IRAHETA-MERCADO***

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

State of Washington    )

                      : ss

County of Chelan    )

I, Andrew Johnson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint seeking the arrest of HECTOR SAUL IRAHETA-MERCADO for violating 18 U.S.C. § 111(a)(1), (b), assaulting a federal officer while engaged in their official duties.

2. I am a Deportation Officer with the Department of Homeland Security, Immigration Custody Enforcement and have been since September 2015. Prior to serving as a federal agent, I served as United States Border Patrol Agent, for six years. During my time as a law enforcement officer, I have participated in numerous investigations into crimes of violence, to include violent assaults on public servants.

3. The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement agents or government agencies; (3) evidence collected through investigative operations. Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4. On or about July 8, 2025, Hector IRAHETA-Mercado, a citizen and national of El Salvador, forcibly assaulted a federal officer, Deportation Officer Jaime Waite, in Chelan County, Washington, within the Eastern District of Washington.

5. On July 8, 2025, Hector IRAHETA-Mercado was encountered by Deportation Officers Jaimie Waite and Andrew Johnson. Deportation Officer Waite conducted a vehicle stop in the area of Sunset Highway and 9th St. NE, in East Wenatchee, Washington, by initiating his vehicle's emergency lights. At that vehicle stop, both Deportation Officers identified themselves as police and had clearly visible badges. Hector IRAHETA-Mercado was informed that there was a warrant for his arrest and that he needed to exit the vehicle. Hector IRAHETA-Mercado refused to exit the vehicle after multiple commands and was observed

Affidavit of Deportation Officer Johnson
- 2 -

shaking his head from side to side in a "No" gesture. Deportation Officer Waite reached his arm in the vehicle, through an open window, to open Hector IRAHETA-Mercado's door. With Deportation Officer Waite's arm still in the window, Hector IRAHETA-Mercado rolled up his window, trapping Deportation Officer Waite's arm. Hector IRAHETA-Mercado then placed the vehicle in the drive position. Deportation Officer Waite was unable to extract his arm from the vehicle and was at risk of serious bodily injury, from being dragged by Hector IRAHETA-Mercado's vehicle. Hector IRAHETA-Mercado knowingly placed Deportation Officer Waite in a potentially life-threatening situation and forcibly assaulted him by trapping his arm in the vehicle window.

6. With the risk of serious bodily injury or death to Deportation Officer Waite, both Deportation Officers drew their service weapons and commanded Hector IRAHETA-Mercado to turn off the vehicle and release Deportation Officer Waite's arm from the vehicle. After approximately two minutes, Hector IRAHETA-Mercado complied with commands and turned the vehicle off, but did not release Deportation Officer Waite's arm from the vehicle. Deportation Officer Johnson retrieved a window punch from his vehicle and used it to break the passenger side window to gain access to the vehicle. Deportation Officer Johnson then handed Deportation Officer Waite the window punch. Deportation Officer Waite used the punch to break the driver's side window and free his trapped arm from the vehicle.

7. Deportation Officers Waite and Johnson had to then forcibly remove Hector IRAHETA-Mercado from the vehicle. Hector IRAHETA-Mercado actively resisted Deportation Officers while they were placing him in handcuffs. Hector IRAHETA-Mercado did this by grabbing on to the vehicle and resisting his arms being placed behind his back.

8. Following Hector IRAHETA-Mercado's arrest, it was observed that Deportation Officer Waite had sustained multiple lacerations and contusions on the arm that had been trapped.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

ANDREW E JOHNSON
Digitally signed by ANDREW E JOHNSON
Date: 2025.07.08 16:17:51 -07'00'

Andrew Johnson, Deportation Officer
Department of Homeland Security / ICE

Sworn to telephonically and signed electronically,

on this 8th day of July, 2025.

_____
James A. Goeke
United States Magistrate Judge

Affidavit of Deportation Officer Johnson
- 4 -